AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

A-K-A Timothy D. Jones, Sr.

Shakir Taqi Ahmad
_____
Plaintiff

V.

Contracted Health Services / Dr. Ionna
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  07 - 433

I, Shakir Taqi Ahmad, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration Delaware Correctional Center

   Inmate Identification Number (Required): 00 535348

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • •(No)
   b. Rent payments, interest or dividends              • • Yes    •(No)
   c. Pensions, annuities or life insurance payments    • • Yes    •(No)
   d. Disability or workers compensation payments       • • Yes    •(No)
   e. Gifts or inheritances                             • • Yes    •(No)
   f. Any other sources                                 • • Yes    •(No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes     No

 If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes     No

 If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

Three Children
1. T.     D. C
2. A     D. J
3. T.    D. J

Support: None per Family Court of Delaware
File: CN04-11000
Petition: 04-37992

I declare under penalty of perjury that the above information is true and correct.

7/2/07
DATE

_Shah T_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:   Mrs. Tonya Smith
      Support Services Manager
      Delaware Correctional Center
      Smyrna, Delaware  19977

DATE: 7\2, 07

FROM:   Shakir Taqi Ahmad                    00 535348
        Inmate Name   (Please Print Name)    SBI #
        A-K-A Timothy D. Jones, Sr.

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_____
       Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*ORIGINAL*

► 07 - 433

TO: Shakir Ahmad     SBI#: 535348

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   June 27, 2007

**FILED JUL 11 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

---

Attached are copies of your inmate account statement for the months of December 1, 2016 to May 31, 2017.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 18.38 |
| Jan | 39.76 |
| Feb | 1.09 |
| March | 2.88 |
| April | 8.64 |
| May | 32.42 |

Average daily balances/6 months: 17.20

Attachments
CC: File

Stacy Shane
6/27/07

Carrell Pomierz
6/27/07

# Individual Statement

Date Printed: 6/27/2007

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.86 | | |
|---|---|---|---|---|---|---|---|---|
| 00535348 | AHMAD | SHAKIR TAQI | | | | | | |
| Current Location: | 18 | | | Comments: | aka TIMOTHY D JONES/QOLPC | | | |

Page 1 of 1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck# | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/7/2006 | ($26.87) | $0.00 | $0.00 | $21.99 | 355280 | | | |
| Medical | 12/8/2006 | $0.00 | ($6.00) | $0.00 | $21.99 | 357274 | | 11/28/06 | |
| Medical | 12/8/2006 | ($6.00) | $0.00 | $0.00 | $15.99 | 357339 | | 11/28/06 | |
| Canteen | 12/13/2006 | ($15.37) | $0.00 | $0.00 | $0.62 | 359160 | | | |
| Canteen | 12/14/2006 | $1.55 | $0.00 | $0.00 | $2.17 | 359793 | | REFUND | |
| Medical | 12/15/2006 | $0.00 | ($4.00) | $0.00 | $2.17 | 359974 | | 12/8/06 | |
| Medical | 12/15/2006 | ($2.17) | ($1.83) | $0.00 | $0.00 | 360039 | | 12/8/06 | |
| Mail | 12/21/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 362240 | 10702952853 | | M MUSE |
| Medical | 12/22/2006 | ($1.83) | $0.00 | $0.00 | $18.17 | 363080 | | | |
| Mail | 12/28/2006 | $10.00 | $0.00 | $0.00 | $28.17 | 364923 | 5590621097 | 12/8/06 | D JONES |
| Canteen | 12/28/2006 | ($17.46) | $0.00 | $0.00 | $10.71 | 365197 | | | |
| | | | | Ending Mth Balance: | $10.71 | | | | |

Total Amount Currently on Medical Hold:   $0.00
Total Amount Currently on Non-Medical Hold:   ($0.82)

**Individual Statement**
**From January 2007 to April 2007**

Date Printed: 5/24/2007 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00535348 | AHMAD | SHAKIR TAQI | | | Beginning Month Balance: | $10.71 | |
| Current Location: | 19 | Comments: | | | Ending Month Balance: | $37.01 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/2/2007 | $50.00 | $0.00 | $0.00 | $60.71 | 366715 | 08666551218 | | K WILLIS |
| Canteen | 1/4/2007 | ($8.45) | $0.00 | $0.00 | $52.26 | 368390 | | | |
| Mail | 1/5/2007 | $25.00 | $0.00 | $0.00 | $77.26 | 369183 | 076025373 | NAACP | L JONES |
| Pay-To | 1/8/2007 | ($3.00) | $0.00 | $0.00 | $74.26 | 369380 | | | |
| Mail | 1/9/2007 | $25.00 | $0.00 | $0.00 | $99.26 | 370340 | 042031374 | | S JONES |
| Canteen | 1/11/2007 | ($40.00) | $0.00 | $0.00 | $59.26 | 371895 | | | |
| Canteen | 1/18/2007 | ($58.69) | $0.00 | $0.00 | $0.57 | 374454 | | | |
| Canteen | 1/18/2007 | $15.59 | $0.00 | $0.00 | $16.16 | 374739 | | REFUND | |
| Canteen | 1/25/2007 | ($13.54) | $0.00 | $0.00 | $2.62 | 377065 | | | |
| Canteen | 1/31/2007 | ($2.60) | $0.00 | $0.00 | $0.02 | 380132 | | | |
| Mail | 2/27/2007 | $15.00 | $0.00 | $0.00 | $15.02 | 393276 | 10365984516 | | M MUSE |
| Medical | 3/2/2007 | $0.00 | ($4.00) | $0.00 | $15.02 | 395804 | | 2/28/07 | |
| Medical | 3/2/2007 | ($4.00) | $0.00 | $0.00 | $11.02 | 395948 | | 2/28/07 | |
| Canteen | 3/8/2007 | ($10.00) | $0.00 | $0.00 | $1.02 | 397935 | | | |
| Medical | 3/14/2007 | $0.00 | ($4.00) | $0.00 | $1.02 | 400484 | | 3/2/07 | |
| Medical | 3/16/2007 | ($1.02) | ($2.98) | $0.00 | $0.00 | 401414 | | 3/2/07 | |
| Medical | 4/20/2007 | $0.00 | ($8.00) | $0.00 | $0.00 | 417574 | | 4/16/07 | |
| Mail | 4/24/2007 | $37.01 | $0.00 | $0.00 | $37.01 | 419215 | 015062088 | | S JONES |

Ending Month Balance: $37.01

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

*[handwritten note: Part 1 of 3 page 3 of 1983 form]*

**Individual Statement**
**From January 2007 to May 2007**

Date Printed: 6/27/2007                                                                                                                         Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00535348 | AHMAD | SHAKIR TAQI | | | | Beginning Month Balance: | $10.71 |
| Current Location: | 18 | | | Comments: | | Ending Month Balance: | $52.49 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/2/2007 | $50.00 | $0.00 | $0.00 | $60.71 | 366715 | 08666551218 | | K WILLIS |
| Canteen | 1/4/2007 | ($8.45) | $0.00 | $0.00 | $52.26 | 368390 | | | |
| Mail | 1/5/2007 | $25.00 | $0.00 | $0.00 | $77.26 | 369183 | 076025373 | | L JONES |
| Pay-To | 1/8/2007 | ($3.00) | $0.00 | $0.00 | $74.26 | 369380 | | NAACP | |
| Mail | 1/9/2007 | $25.00 | $0.00 | $0.00 | $99.26 | 370340 | 042031374 | | S JONES |
| Canteen | 1/11/2007 | ($40.00) | $0.00 | $0.00 | $59.26 | 371895 | | | |
| Canteen | 1/18/2007 | ($58.69) | $0.00 | $0.00 | $0.57 | 374454 | | | |
| Canteen | 1/18/2007 | $15.59 | $0.00 | $0.00 | $16.16 | 374739 | | REFUND | |
| Canteen | 1/25/2007 | ($13.54) | $0.00 | $0.00 | $2.62 | 377065 | | | |
| Canteen | 1/31/2007 | ($2.60) | $0.00 | $0.00 | $0.02 | 380132 | | | |
| Mail | 2/27/2007 | $15.00 | $0.00 | $0.00 | $15.02 | 393276 | 10365984516 | | M MUSE |
| Medical | 3/2/2007 | $0.00 | ($4.00) | $0.00 | $15.02 | 395804 | | 2/28/07 | |
| Medical | 3/2/2007 | ($4.00) | $0.00 | $0.00 | $11.02 | 395948 | | 2/28/07 | |
| Canteen | 3/8/2007 | ($10.00) | $0.00 | $0.00 | $1.02 | 397935 | | | |
| Medical | 3/14/2007 | $0.00 | ($4.00) | $0.00 | $1.02 | 400484 | | 3/2/07 | |
| Medical | 3/16/2007 | ($1.02) | $0.00 | $0.00 | $0.00 | 401414 | | 3/2/07 | |
| Medical | 4/20/2007 | $0.00 | ($2.98) | $0.00 | $0.00 | 417574 | | 4/16/07 | |
| Mail | 4/24/2007 | $37.01 | $0.00 | $0.00 | $37.01 | 419215 | 015062088 | | S JONES |
| Canteen | 5/2/2007 | ($19.60) | $0.00 | $0.00 | $17.41 | 422925 | | | |
| Medical | 5/3/2007 | ($2.98) | $0.00 | $0.00 | $14.43 | 424083 | | | |
| Medical | 5/3/2007 | ($8.00) | $0.00 | $0.00 | $6.43 | 424105 | | 3/2/07 | |
| Pay-To | 5/4/2007 | ($5.00) | $0.00 | $0.00 | $1.43 | 424467 | | 4/16/07 | SHAKIR TAQI AHMA |
| Mail | 5/17/2007 | $50.00 | $0.00 | $0.00 | $51.43 | 429798 | 10365995474 | | M MUSE |
| Medical | 5/18/2007 | $0.00 | ($4.00) | $0.00 | $51.43 | 430287 | | 5/15/07 | |
| Medical | 5/18/2007 | ($4.00) | $0.00 | $0.00 | $47.43 | 430368 | | 5/15/07 | |
| Mail | 5/23/2007 | $30.00 | $0.00 | $0.00 | $77.43 | 431917 | 076027790 | | L JONES |
| Canteen | 5/29/2007 | ($9.94) | $0.00 | $0.00 | $67.49 | 433987 | | | |
| Pay-To | 5/30/2007 | ($15.00) | $0.00 | $0.00 | $52.49 | 434663 | | | SHAKIR TAQI AHMA |

# Individual Statement
## From January 2007 to May 2007

Date Printed: 6/27/2007      Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00535348 | AHMAD | SHAKIR TAQI | | | Beginning Month Balance: | $10.71 |
| Current Location: 18 | | Comments: | | | Ending Month Balance: | $52.49 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $52.49 | | | | |

Ending Month Balance:

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($0.82)

Date Printed: 5/24/2007

# Individual Statement
## For Month of May 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00535348 | AHMAD | SHAKIR TAQI | | | Begin Mth Balance: | $37.01 |
| Current Location: | 19 | | | | Comments: aka TIMOTHY D JONES/QOL4 | |

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/2/2007 | ($19.60) | $0.00 | $0.00 | $17.41 | 422925 | | | |
| Medical | ~~5/3/2007~~ | ~~($2.98)~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$14.43~~ | ~~424083~~ | | ~~3/2/07~~ | |
| ~~Medical~~ | ~~5/3/2007~~ | ~~($8.00)~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$6.43~~ | ~~424105~~ | | ~~4/16/07~~ | |
| Pay-To | 5/4/2007 | ($5.00) | $0.00 | $0.00 | $1.43 | 424467 | | | |
| Mail | 5/17/2007 | $50.00 | $0.00 | $0.00 | $51.43 | 429798 | 10365995474 | SHAKIR TAQI AHMAD | M MUSE |
| Medical | 5/18/2007 | $0.00 | ($4.00) | $0.00 | $51.43 | 430287 | | 5/15/07 | |
| Medical | 5/18/2007 | ($4.00) | $0.00 | $0.00 | $47.43 | 430368 | | 5/15/07 | |
| Mail | 5/23/2007 | $30.00 | $0.00 | $0.00 | $77.43 | 431917 | 076027790 | | L JONES |

Ending Mth Balance: $77.43

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00