

ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AKA Timothy D. Jones, Sr.
(1) Shakir Taqi Ahmad  #00535348
(Name of Plaintiff)     (Inmate Number)

D.C.C.
1181 Paddock Rd. Smyrna D.E 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Contracted Health Services
(2) Doctor Ionna
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07 - 433
:
: (Case Number)
: (to be assigned by U.S. District Court)
:
:
: CIVIL COMPLAINT
:
: • • Jury Trial Requested
:
: FILED
: JUL 11 2007
: U.S. DISTRICT COURT
: DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        N/A
        _____
        _____
        _____
        _____
        _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

- A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No
- B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No
- C. If your answer to "B" is Yes:
    1. What steps did you take? Medical Grievances, Letters to Health Care Provider's Supervisor, and D.C.C. Deputy Warden
    2. What was the result? Prescribed more antibiotics, skin creams, and medicated shampoo
- D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Contracted Health Services

Employed as Medical Provider at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road, Smyrna, DE. 19977

(2) Name of second defendant: Doctor Ionna

Employed as Medical Doctor at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock Road, Smyrna, DE. 19977

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have an on going skin problems for nearly two years now (06-07) that covers my chest, back, stomach, and arms. I've seen 4 or 5 different doctors that have prescribed similar medications that have done nothing and the doctor's refuse to send me to a dermatologist.

2. On 4/16/07 I was seen by Dr. Ionna who prescribed the same meds as the other doctors. When I explained this to her I was forced to leave her office and I did not recieve any further attention or meds. I was charged $8.00 for services I never recieved. I filed a medical grievance the same day 4/16/07

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To be sent to a dermatologist to stop the skin problem from getting worse. I would also like to be given financial compensation for the physical scars I'm left with that could have been prevented had I been given the proper attention and for the mental frustration of have to deal with the unsightly scars.

3

2. To have the $800 dollars returned to my inmate account that was taken without my authorization. I also would like financial compensation for Dr. Ionna ~~[scribbled]~~ falsifing paper work to have my account charged that can be proven by looking in my medical file. (see attached medical grievances)

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of July, 2007.

_Shati T Ahmad_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.
INMATE'S NAME: Shakir Taqi Ahmad
HOUSING UNIT: 18 B U 10

DATE SUBMITTED: 7/2/07
SBI#: 535348
CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7/2/07 3:30pm

TYPE OF MEDICAL PROBLEM:

I have an on going skin problem for nearly 2 years now (06-07) that covers my chest, back, stomach and arms. I've seen 4 or 5 different doctors that have prescribed similar medications that have done nothing and the doctors refuse to send me to a dermatologist. And on 4/16/07 I was seen by Dr Ionna who prescribed the same meds as the other doctors. When I explained this to her I was forced to leave her office and I did not recieve any further attention or meds. I was charged $8.00 for services I never recieved. I filed a medical grievance the same day 4/16/07. (My first 2 grievances numbers 112953 and 108306 I am yet to be heard for.)

GRIEVANT'S SIGNATURE: Shakir T Ahmad        DATE: 7/2/07

ACTION REQUESTED BY GRIEVANT: To be sent to a dermatologist to stop skin problem from getting worse and to have the $8.00 dollars returned to my inmate account that was taken without my authorization.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

# MEMORANDUM

TO:    Inmate Shakir T. Ahmad  SBI# 00535348  Unit 22

FROM:  Deputy Warden Burris *Burris*

DATE:  May 18, 2007

RE:    Inmate letter

---

Your letter dated May 10, 2007 has been forwarded to Health Services Administrator Rundle for investigation and response to you.


Cc: Health Services Administrator Rundle
    Captain McCreanor
    Deputy Warden Pierce

*Not in 22*

*AL3*

*Part of Page 3 of 1983 form*

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.

DATE SUBMITTED: 5/3/07

INMATE'S NAME: Shakir Taqi Ahmad

SBI#: 535348

HOUSING UNIT: 22 ~~A-U-16~~

CASE #: 112953

---

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 5/3/07   9:30 AM

TYPE OF MEDICAL PROBLEM:

On 4/16/07 I filed a medical grievance which is currently unresolved (#108306) because Dr. Jonoa tried to charge me $8.00 for a visit + meds that I did not sign for or take because the meds she tried to give me was already prescribed and didn't work. Today I found out that the medical department took $10.98 from my account when I only owed $2.98 for an over due dental payment. I also wrote the D.W. on this matter and I have all necessary paper work on this matter as I await a hearing for grievance #108306.

GRIEVANT'S SIGNATURE: Shak T Ahmad   DATE: 5/3/07

ACTION REQUESTED BY GRIEVANT: To be given back my money that I was charged for a visit that I got no attention from nor any meds. If you check my file on 4/16/07 I didn't sign any paper work or was given any meds.

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED
MAY 09 2007
Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/20/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : AHMAD, SHAKIR T | SBI# : 00535348 | Institution : DCC |
| Grievance # : 108306 | Grievance Date : 04/16/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/16/2007 | Incident Time : 10:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier A, Cell 10, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I went to lorina for my on going skin problem only to be ignored and treated in an ill manner. She tried to charge me $8.00 for my visit because she wanted to give me all of the same meds I was given before that never worked. I told her about the chest pain, numbness in my left arm and tingling in my left hand. I also was just told today that I have high cholesterol and have had it for some time now without any kind of treatment or diet. My skin is getting worse and I'm filling out sick call slips and seeing doctors for nothing.

**Remedy Requested** : To be given proper for my on going skin problems.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/20/2007 |
| Investigation Sent : 04/20/2007 | Investigation Sent To : |
| Grievance Amount : | |

*Part of page 3 of 1983 form*

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  
Date: 04/20/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

**Offender Name:** AHMAD, SHAKIR T    **SBI#** : 00535348    **Institution** : DCC  
**Grievance #** : 108306    **Grievance Date** : 04/16/2007    **Category** : Individual  
**Status** : Unresolved    **Resolution Status:**    **Inmate Status :**  
**Grievance Type:** Health Issue (Medical)    **Incident Date** : 04/16/2007    **Incident Time :** 10:00  
**IGC** : Merson, Lise M    **Housing Location** : Bldg 22, Upper, Tier A, Cell 10, Top

### INFORMAL RESOLUTION

Offender's Signature: _____

'e : _____

ss (Officer) : _____

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 04/20/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name:** AHMAD, SHAKIR T   **SBI#** : 00535348   **Institution** : DCC  
**Grievance #** : 108306   **Grievance Date** : 04/16/2007   **Category** : Individual  
**Status** : Unresolved   **Resolution Status** :   **Inmate Status** :  
**Grievance Type:** Health Issue (Medical)   **Incident Date** : 04/16/2007   **Incident Time** : 10:00  
**IGC** : Merson, Lise M   **Housing Location** : Bldg 22, Upper, Tier A, Cell 10, Top

## IGC

**Medical Provider:** Contracted Health Services   **Date Assigned** 04/20/2007

**Comments:**

[ ] Forward to MGC        [x] Forward to Medical Provider        [ ] Warden Notified

[ ] Forward to RGC        Date Forwarded to MGC :

[ ] Offender Signature Captured        Date Offender Signed :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/20/2007

| **GRIEVANCE INFORMATION - MEDICAL PROVIDER** |||
|---|---|---|
| **OFFENDER GRIEVANCE INFORMATION** |||
| **Offender Name** : AHMAD, SHAKIR T | **SBI#** : 00535348 | **Institution** : DCC |
| **Grievance #** : 108306 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/16/2007 | **Incident Time** : 10:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 22, Upper, Tier A, Cell 10, Top ||
| **MEDICAL PROVIDER** |||
| **Provider Name** : Contracted Health Services | **Date Received** : 04/20/2007 ||
| **MEDICAL HISTORY** |||
| **Dates** | **Treatment** ||
| **DECISION** |||
| **Decision Date:** | **Vote :** ||
| **Comments** : |||

**RECEIVED**

**JUN 26 2007**

**SHU LAW LIBRARY**

GENERAL REQUEST FORM

BLD. # 18
Cell # B-U 10

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1 - US Marshal Form

3 - 1983 Packets  (can't afford copies)

→ There is no charge for legal photocopies.

I tried to include US Marshal Form

Mr. Ahmad,
Marshal forms are sent when the court issues an order for them. Send such court order to my office for evidence on such a request.
B.E.

Name: Shakir T. Ahmad   S.B.I. 535348   Date: 6/25/07

Date Received: 6-26-07      Pay-to Log # _____
Date Sent: 6-27-07          Staff Initials: B.E.

Staff Notes: Sent: 1983 Ly Pkg

