IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAKIR TAQI AHMAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-433-*** |
| CONTRACTED HEALTH SERVICES, AND DOCTOR IONNA, | ) ) ) ) |
| Defendants. | ) |

### AUTHORIZATION

I, Shakir Taqui Ahmad, SBI #535348, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.25 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 19th, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7/22/07, 2007.

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Signature of Plaintiff

IM Shakir Taqi Ahmad
SBI# 535348   UNIT 18 B-U16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 JUL 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

* Legal Mail *