To: Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, DE. 19801-3570

7/22/07

From: Shakir Taqi Ahmad
#535348 Unit: 18 B u 10
D.C.C. 1181 Paddock Rd.
Smyrna, DE. 19977

Re: Civil Action No. 07-433-(M.P.T.)

Clerk of Courts,

After reading the paper work sent to me there is only one thing that I'm not sure of. My question is am I to send the amount of $9.25 per month or as I can afford to do so? I have no problem doing so I just want to be clear on my part.

Also is the authorization form that I have signed and sent back to your office authorizing your office to automatically deduct the $9.25 from my account when available. If not is there a way to make that possible between your office and the prison's accounting department?

Sincerely,

Shakir T Ahmad

FILED
JUL 30 2007
RGsc-w
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

