OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

TO:

**Shakir Taqi Ahmad**
SBI# 535348
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

      *RE:*    Letter Received Dated 7/22/07
                  CA 07-433 \*\*\*

Dear Mr. Ahmad:

    This office received a letter from you requesting clarification of filing fee deductions.  Enclosed is another copy of the Filing Fee Order which is self-explanatory.  Your case is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,

                                              PETER T. DALLEO
                                              CLERK

/rwc
cc:
enc.