Shakir Taqi Ahmad
#535348  Unit: BU 10
D.C.C. 1181 Paddock Rd.
Smyrna, DE. 19977

FILED
SEP -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

9/5/07

Mr. Dalleo,                                07-443

BD scanned

I write you this letter for two reasons. First in the packet for the motion that I have filed it said something about a U.S. Marshal's form. When I first sent off my motion I requested one from the D.C.C. law library but never recieved one. At what point must I need a U.S. Marshal's form?

Second, on 9/4/07 I was called to see a doctor who I have seen once before. She asked to see my skin, which is getting worse, and she also noticed it getting worse. She prescribed me another medication that is almost the same that she prescribe before that I had told her before never worked. I've seen doctors 6 or 7 different times, each time my skin has gotten worse, yet I'm an expierement for medication to see which one works. What should I do? They always mention a dermatologist but never send me to one. When will I have a hearing for my case? I only ask because I need some kind of action taken to get the proper treatment for my skin problem.

                                Sincerely
                                Shakir T Ahmad

I/M Shakir Taqi Ahmad
SBI# 535548   UNIT 18 B/10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
06 SEP 2007 PM 1 T

Atten: Peter T. Dalleo (Clerk of Court)
United States District Court
Lockbox 18
844 King Street
Wilmington, DE 19801