Shakir T. Ahmad
#535348 Unit 18 BU10
D.C.C. 1181 Paddock Rd.
Smyrna, DE 19977

9/18/07

Mr. Dalleo,                                              '07-433

    I'm currently housed in the Protective Custody (P.C.) unit of the prison and have no physical access to the Law Library. The unit that I'm in is similar to Max so if I filled out the USM 285 form incorrectly could you please give me the proper instruction to fill the USM 285 Form properly due to the fact that I can not recieve help from someone who could guide me.
    Also is this a service that I must pay for or is it included in the $35000 dollars for the filing fee?

              Sincerely

           Shakir T. Ahmad

FILED
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Shakir Taqi Ahmad
SBI: [illegible]
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850   SEP 18 2007   PM

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

U.S.M.? X-RAY