OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 21, 2007

TO:

**Shakir Taqi Ahmad**
SBI# 535348
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

      *RE:*  Letter Received Dated 9/18/07

            CA 07-433 *** Ahmad v. Contracted Health Services et al

Dear Mr. Ahmad:

    The Clerk's Office is in receipt of the above referenced letter.  As we previously informed you by letter dated 9/10/07, no service order has been issued to date.  Should a service order be issued by the Court, you will be directed by that order to complete and return USM 285 forms which can be obtained from the prison law library by showing them a copy of that service order.

                                   Sincerely,

/rwc                                 PETER T. DALLEO
                                     CLERK

cc:  The Honorable Mary Pat Thynge
     Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 21, 2007

TO:

**Shakir Taqi Ahmad**
SBI# 535348
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

    ***RE:***  Letter Received Dated 9/18/07

          CA 07-433 *** <u>Ahmad v. Contracted Health Services et al</u>

Dear Mr. Ahmad:

    The Clerk's Office is in receipt of the above referenced letter. As we previously informed you by letter dated 9/10/07, no service order has been issued to date. Should a service order be issued by the Court, you will be directed by that order to complete and return USM 285 forms which can be obtained from the prison law library by showing them a copy of that service order.

                                       Sincerely,

/rwc                            PETER T. DALLEO
                                CLERK

cc:  The Honorable Mary Pat Thynge
     Pro Se Law Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 21, 2007

TO:

**Shakir Taqi Ahmad**
SBI# 535348
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

   ***RE:*** Letter Received Dated 9/18/07
      CA 07-433 *** <u>Ahmad v. Contracted Health Services et al</u>

Dear Mr. Ahmad:

  The Clerk's Office is in receipt of the above referenced letter.  As we previously informed you by letter dated 9/10/07, no service order has been issued to date.  Should a service order be issued by the Court, you will be directed by that order to complete and return USM 285 forms which can be obtained from the prison law library by showing them a copy of that service order.

              Sincerely,

/rwc            PETER T. DALLEO
              CLERK

cc: The Honorable Mary Pat Thynge
   Pro Se Law Clerk