IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAKIR TAQI AHMAD
a/k/a TIMOTHY D. JONES, SR., :
:
    Plaintiff, :
:
v. : Civ. Action No. 07-433-JJF
:
CONTRACTED HEALTH SERVICES :
and DOCTOR IONNA, :
:
    Defendants. :

**ORDER**

NOW THEREFORE, at Wilmington this 24 day of September, 2007, IT IS HEREBY ORDERED that:

Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1). Amendment of the Complaint would be futile.

                                                          UNITED STATES DISTRICT JUDGE