OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

DATE: 6/9/08

TO: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

FROM: Clerk, U.S. District Court

RE: Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:** Shakir Taqi Ahmad  CA: 07-433 JJF
**SBI #:** 535348
Last Known DE Institution: DCC

PETER T. DALLEO, Clerk
(302) 573-6170  BY: /s/ Deputy Clerk, U.S. District Court

---

TO: Clerk, U.S. District Court

FROM: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

☑ Inmate is located at: (Institution) SCI

or

☐ No longer incarcerated. Last known mailing address is:

235 Pennewell DR
Wilm De 19809

BY: /s/ Cheryl Arsenault
Department of Corrections
Offender Records